# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

MILES SAGE,

          **Plaintiff,**                   **CIVIL ACTION NO.:**

**v.**                                 **3:20-cv-00609-MHL**

CAPITAL ONE BANK, N.A.,

          **Defendant.**

NOTICE IS HEREBY GIVEN that Plaintiff Miles Sage ("Plaintiff") and Defendant Capital One Bank (USA), N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Defendant Capital One Bank (USA), N.A. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

                                       RESPECTFULLY SUBMITTED,

                                       **MILES SAGE**

DATED: January 7, 2021             By: */s/*_____
                                 Susan M. Rotkis (VSB: 40693)
                                 PRICE LAW GROUP, APC

382 S. Convent Ave.
Tucson, AZ 85701
T: (818) 600-5533
F: (818) 600-5433
E: susan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Miles Sage*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF System which will then send a notification of

such filing (NEF) to the following:

John D. Sadler
**BALLARD SPAHR LLP**
1909 K Street, 12th Floor
Washington, DC 20006-1157
Email: sadlerj@ballardspahr.com
*Attorney for Defendant,*
*Capital One Bank (USA), N.A.*

By:_____/s/_____
Susan M. Rotkis (VSB: 40693)
PRICE LAW GROUP, APC
382 S. Convent Ave.
Tucson, AZ 85701
T: (818) 600-5533
F: (818) 600-5433
E: susan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Miles Sage*