**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **MILES SAGE,** | |
| Plaintiff, | **CIVIL ACTION NO.:** |
| v. | **3:20-cv-00609-MHL** |
| **CAPITAL ONE BANK, N.A.,** | Judge M. Hannah Lauck |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Miles Sage and Defendant Capital One Bank (USA), N.A. by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate to dismissal of the above-captioned cause with prejudice. The parties have resolved the matter by compromise, with each party to bear its own costs and attorneys' fees.

The Court shall retain jurisdiction for the purposes of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

**MILES SAGE**

By: _____/s/_____
Susan M. Rotkis (VSB: 40693)
Attorney for Plaintiff
PRICE LAW GROUP, APC
382 S. Convent Ave.
Tucson, AZ 85701
T: (818) 600-5533
F: (818) 600-5433
E: susan@pricelawgroup.com

- 2 -

**CAPITAL ONE BANK, N.A.**

By: _____/s/_____
John D. Sadler
Attorney for Defendant
BALLARD SPAHR LLP
1909 K Street, 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-7659
Email: sadlerj@ballardspahr.com
*Attorney for Defendant,*
*Capital One Bank (USA), N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

John D. Sadler, Esq. (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-7659
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com
*Counsel for Defendant*
*Capital One Bank (USA), N.A.*


                    */s/*
Susan M. Rotkis (VSB: 40693)
Attorney for Plaintiff
PRICE LAW GROUP, APC
382 S. Convent Ave.
Tucson, AZ 85701
T: (818) 600-5533
F: (818) 600-5433
E: susan@pricelawgroup.com