UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

MILES SAGE,

        Plaintiff,

v.

CAPITAL ONE BANK, N.A.,

        Defendant.

CIVIL ACTION NO.:
3:20-cv-00609-MHL

Judge M. Hannah Lauck

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Miles Sage and Defendant Capital One Bank (USA), N.A. by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate to dismissal of the above-captioned cause with prejudice. The parties have resolved the matter by compromise, with each party to bear its own costs and attorneys' fees.

The Court shall retain jurisdiction for the purposes of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

MILES SAGE

By: _____/s/_____
Susan M. Rotkis (VSB: 40693)
Attorney for Plaintiff
PRICE LAW GROUP, APC
382 S. Convent Ave.
Tucson, AZ 85701
T (818) 600-5533
F (818) 600-5433
E susan@pricelawgroup.com

SO ORDERED

_____/s/_____
M. Hannah Lauck
United States District Judge

- 1 -